GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, MOBEDSHAHI HOTEL GROUP,<br><br>DEBTORS. | Chapter 7<br><br>Case No. 09-51045-SLJ<br><br>(Jointly Administered with Case No. 09-51073-SLJ) |
| MOHAMED POONJA, CHAPTER 7 TRUSTEE FOR SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, DEBTOR, AND MOBEDSHAHI HOTEL GROUP, DEBTOR,<br><br>PLAINTIFFS,<br><br>VS.<br><br>SEVAK & SONS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; CHANDRAKANT SHAH, AN INDIVIDUAL, AND MRUDULA C. SHAH, AN INDIVIDUAL<br><br>DEFENDANTS. | A.P. No. 11-05236<br><br>NOTICE OF APPEAL |

Defendant CHANDRAKANT SHAH ("Mr. Shah" or "Shah") appeals under 28 U.S.C. § 158(b) from the judgment of the bankruptcy court entered in this adversary proceeding August 26, 2013, a copy of which is attached hereto as Exhibit 1.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as

follows:

    Chandrakant Shah, Appellant

    Represented By:
    GREGORY J. CHARLES, ESQ. #208583
    Law Offices of Gregory Charles
    2131 The Alameda, Suite C-2
    San Jose, CA 95126
    P: 408.493.0363
    F: 408.852.0233
    greg@gregcharleslaw.com

    Mohamed Poonja, Chapter 7 Trustee
    For San Jose Airport Hotel, LLC, Appellee

    Represented By:
    James A. Hennefer (SBN 059490)
    HENNEFER, FINLEY & WOOD, LLP
    425 California Street, 19th Floor
    San Francisco, CA 94104-2296
    Telephone: (415) 421-6100
    Facsimile: (415) 421-1815
    jhennefer@hennefer-wood.com

Dated: September 27, 2013            Law Offices of Gregory Charles

                                              By: /s/ Gregory J. Charles
                                                   Gregory J. Charles

# Exhibit 1

Entered on Docket
August 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed August 26, 2013

*Stephen Johnson* (signature)

Stephen L. Johnson
U.S. Bankruptcy Judge

*see changes below

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC,<br>Debtor | Case No. 09-51045-SLJ<br>Chapter 7 |
| MOHAMED POONJA, Chapter 7 Trustee<br>Plaintiff,<br>vs.<br>SEVAK & SONS, L.P.,<br>CHANDRAKANT SHAH,<br>and MRUDULA C. SHAH,<br>Defendants. | Adversary Case No. 11-05236-SLJ |

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court entered its "Order Following Trial" on August 2, 2013 (Doc. No. 82) following trial to the court of plaintiff's First Amended Complaint, which represents the court's findings of fact and conclusions of law pursuant to FED. R. BANKR. P. 7052. Said "Order Following Trial," is incorporated herein by reference. In said "Order Following Trial," the court ordered that the plaintiff, Mohamed

Poonja, recover from defendant, Chandrakant Shah, the amount of $11,648,758 for breach of the Guaranty pleaded in the Second Claim for Relief in the First Amended Complaint.

1. Judgment is hereby granted to the plaintiff, Mohamed Poonja, and against defendant, Chandrakant Shah, in the amount of $11,648,758

2. Interest on the judgment amount shall run from the date of entry of the judgment at the rate specified in 28 U.S.C. § 1961.

3. ~~The Guaranty provided that defendant Chandrakant Shah "shall pay . . . all attorneys' fees and costs incurred by [plaintiff] . . . in seeking to enforce any of the liabilities or obligations of [Chandrakant Shah] under [the] Guaranty." Plaintiff sought such costs and attorneys' fees in the Second Claim for Relief in the First Amended Complaint. Plaintiff shall file its bill of costs and motion for attorneys' fees pursuant to FED. R. BANKR. P. 7054 and F.R.CIV.P. Rule 54 within thirty (30) days of the entry of this judgment.~~

4. All causes of action in the First Amended Complaint, save and except for the Second Claim for Relief, are dismissed.

***END OF JUDGMENT ***

\* To the extent attorneys' fees and costs are recoverable under applicable non-bankruptcy law, Plaintiff shall file a motion pursuant to Fed.R.Bankr.Proc. 7054(b) and Civil Local Rule 54-5, as incorporated (with limitations) by B.L.R. 1001-2.

## Certificate of Service

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 2131 The Alameda, Suite C-2, San Jose, CA 95126 California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail. I caused to be served the following on the date listed below:

1. NOTICE OF APPEAL

    __X__ If VIA E-MAIL OR ELECTRONIC TRANSMISSION: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

| James A. Hennefer (SBN 059490) <br> HENNEFER, FINLEY & WOOD, LLP <br> 425 California Street, 19th Floor <br> San Francisco, CA 94104-2296 <br> Telephone: (415) 421-6100 <br> Facsimile: (415) 421-1815 <br> jhennefer@hennefer-wood.com | |

I declare that I am a member of the Bar of this Court and that this declaration was executed on September 27, 2013 in San Jose, California.

                                             s/ Gregory Charles

Entered on Docket
August 26, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed August 26, 2013

*Stephen Johnson*
Stephen L. Johnson
U.S. Bankruptcy Judge

\*see changes below

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC,<br>Debtor | Case No. 09-51045-SLJ<br>Chapter 7 |
| MOHAMED POONJA, Chapter 7 Trustee<br>Plaintiff,<br>vs.<br>SEVAK & SONS, L.P.<br>CHANDRAKANT SHAH,<br>and MRUDULA C. SHAH,<br>Defendants. | Adversary Case No. 11-05236-SLJ |

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court entered its "Order Following Trial" on August 2, 2013 (Doc. No. 82) following trial to the court of plaintiff's First Amended Complaint, which represents the court's findings of fact and conclusions of law pursuant to FED. R. BANKR. P. 7052. Said "Order Following Trial," is incorporated herein by reference. In said "Order Following Trial," the court ordered that the plaintiff, Mohamed

1  Poonja, recover from defendant, Chandrakant Shah, the amount of $11,648,758 for breach of the
2  Guaranty pleaded in the Second Claim for Relief in the First Amended Complaint.
3        1.   Judgment is hereby granted to the plaintiff, Mohamed Poonja, and against defendant,
4             Chandrakant Shah, in the amount of $11,648,758
5        2.   Interest on the judgment amount shall run from the date of entry of the judgment at the
6             rate specified in 28 U.S.C. § 1961.
7        3.   ~~The Guaranty provided that defendant Chandrakant Shah "shall pay .... all attorneys'~~
8             ~~fees and costs incurred by [plaintiff] ... in seeking to enforce any of the liabilities or~~
9             ~~obligations of [Chandrakant Shah] under [the] Guaranty." Plaintiff sought such costs~~
10            ~~and attorneys' fees in the Second Claim for Relief in the First Amended Complaint.~~
11            ~~Plaintiff shall file its bill of costs and motion for attorneys' fees pursuant to FED.R.~~
12            ~~BANKR.P. 7054 and F.R.CIV.P. Rule 54 within thirty (30) days of the entry of this~~
13            ~~judgment.~~
14       4.   All causes of action in the First Amended Complaint, save and except for the Second
15            Claim for Relief, are dismissed.

***END OF JUDGMENT***

\* To the extent attorneys' fees and costs are recoverable under applicable non-bankruptcy law, Plaintiff shall file a motion pursuant to Fed.R.Bankr.Proc. 7054(b) and Civil Local Rule 54-5, as incorporated (with limitations) by B.L.R. 1001-2.