IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br>SAN JOSE AIRPORT HOTEL, LLC dba<br>HOLIDAY INN SAN JOSE, MOBEDASHI<br>HOTEL GROUP,<br><br>　　　　　Debtor.<br>_____/ | CASE NO. 5:13-cv-04634 EJD<br><br>(Bankr. N.D. Cal. (San Jose) Case No. 09-51045 SLJ)<br><br>**ORDER TO SHOW CAUSE** |
| MOHAMED POONJA,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>SEVAK & SONS, L.P., et. al.,<br><br>　　　　　Defendant(s).<br>_____/ | |

　　　Appellant Chandrakant Shah ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on October 7, 2013, and chose to have the action transferred to this court for appellate proceedings. See Docket Item Nos. 1, 2. To date, however, the District Court has not received a copy of the record from the Bankruptcy Court. The court cannot proceed without such record.

　　　Accordingly, the court hereby issues an order to show cause requiring Appellant to investigate the status of the record in this action. Such investigation should include, but is not necessarily limited to, contact with the bankruptcy clerk in charge of forwarding the record from that court to the District Court. Appellant may provide the bankruptcy clerk a copy of this Order to

1

CASE NO. 5:13-cv-04634 EJD
ORDER TO SHOW CAUSE

1 Show Cause and may inform the bankruptcy clerk that the record has not been received.

2 Appellant shall file a brief declaration in response to this Order to Show Cause detailing the
3 efforts made to secure the record and providing any other pertinent information on or before
4 **February 10, 2013.** If Appellant does not file a response or otherwise fails to show good cause as
5 directed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure
6 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-04634 EJD
ORDER TO SHOW CAUSE