GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Appellants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, MOBEDSHAHI HOTEL GROUP,<br><br>DEBTORS. | Chapter 7<br><br>District Court Case No. 13-cv-04634-EJD<br><br>Bankruptcy Case No. 09-51045-SLJ<br><br>A.P. NO. 11-05236<br><br>DECLARATION OF GREGORY CHARLES IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL. |
| MOHAMED POONJA, CHAPTER 7 TRUSTEE FOR SAN JOSE AIRPORT HOTEL, LLC, DBA HOLIDAY INN SAN JOSE, DEBTOR, AND MOBEDSHAHI HOTEL GROUP, DEBTOR,<br><br>PLAINTIFFS,<br><br>VS.<br><br>SEVAK & SONS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; CHANDRAKANT SHAH, AN INDIVIDUAL, AND MRUDULA C. SHAH, AN INDIVIDUAL<br><br>DEFENDANTS. | |

I, Gregory J. Charles, declare and say:

1. I am an attorney at law duly licensed to practice before the courts of the State of California. I am counsel for the party identified above. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

DECLARATION OF GREGORY CHARLES

1

2. The reporter's transcript of testimony has been prepared.

3. The appellant designated the portions of the record to be included in the clerk's transcript. The clerk has not prepared the record.

4. Consequently, the appellant has imaged and indexed the 100 trial exhibits. The 64 requests for judicial notice are being imaged and indexed. The process will be complete on February 11, 2014. The materials will be provided to the clerk pursuant to Rule 8006 on February 12, 2014.

4. The appellant will file a supplemental declaration that includes the clerk's estimate as to when record will be complete.

On Monday, February 10, 2014 in the State of California, I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Gregory J. Charles
                                            Gregory J. Charles

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126

DECLARATION OF GREGORY CHARLES

2

# Certificate of Service

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California at 2131 The Alameda, Suite C-2, San Jose, CA 95126 California 95112. I am readily familiar with the processing of pleadings for delivery via electronic mail. I caused to be served the following on the date listed below:

1. DECLARATION OF GREGORY CHARLES IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL.

__X__ **If VIA E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

| |
|---|
| James A. Hennefer (SBN 059490)<br>HENNEFER, FINLEY & WOOD, LLP<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815<br>jhennefer@hennefer-wood.com |

I declare that I am a member of the Bar of this Court and that this declaration was executed on February 10, 14 in San Jose, California.

            s/ Gregory Charles