DENNIS P. RIORDAN, Esq., SBN 69320
dennis@riordan-horgan.com
DONALD M. HORGAN, Esq., SBN 121547
don@riordan-horgan.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRAKANT SHAH, et al. | No. CV 13-04634 EJD |
| Defendants-Appellants. | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| MOHAMED POONJA, | |
| Plaintiff-Appellee, | |

I, Chandrakant Shah, defendant in the above entitled matter, hereby substitute the law firm of Riordan & Horgan as my attorney of record.

Dated:  2/26/14

_____
CHANDRAKANT SHAH

I, Dennis P. Riordan, on behalf of the law firm of Riordan & Horgan, hereby consent to the above substitution of counsel.

Dated:  2/26/14

_____
DENNIS P. RIORDAN

Substitution of Counsel                                    1

1    I, Gregory J. Charles, hereby consent to the above substitution of counsel.

2

3    Dated: 2/25/14 _____

4                                    _____
                                      GREGORY J. CHARLES
5

6    IT IS SO ORDERED.

7    Dated: _____

8                                    _____
                                      HONORABLE EDWARD J. DAVILA
                                      United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Substitution of Counsel**                        2